# United States Court of Appeals
## For the First Circuit

No. 04-2563

MICRO SIGNAL RESEARCH, INC.

Plaintiff, Appellee,

v.

NURI OTUS and MAUREEN CUNNINGHAM,

Defendants, Appellants.

_____

CUPERTINO NATIONAL BANK & TRUST,

Trustee.

ERRATA

The opinion of this court issued July 19, 2005, is amended as follows:

On page 4, line 3, replace "Otis" with "Otus".

On page 6, line 3, footnote 2 should be moved next to "veil."